UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

FLANDERS HOUSE, INC.,

            Plaintiff,

    - against -

PHILIP FONTAINE,

            Defendant.

- - - - - - - - - - - - - - - - - -x

**ORDER**

09 Civ. 08399 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/10

**CHIN, District Judge**

        It having been reported to this Court that the above entitled action has been settled, IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 60 days of the date of this order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

        SO ORDERED.

Dated:    New York, New York
          April 7, 2010

                                      DENNY CHIN
                                      United States District Judge